
RECEIVED
CHARLOTTE, N.C.
MAY 29 2007
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03CR179-MU

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JAMES ELMO DUDLEY, JR. | ) ) |
| Defendant. | ) ) |

### ORDER

The Defendant moves to seal his Sentencing Memorandum and any response thereto, and has shown good cause for the granting of his Motion to Seal.

ACCORDINGLY, the Motion to Seal the Defendant's Sentencing Memorandum is **GRANTED**. This pleading, and any response thereto, shall be placed **UNDER SEAL**.

This the 24th day of May, 2007.

HONORABLE GRAHAM C. MULLEN
UNITED STATES DISTRICT COURT JUDGE