IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:03CR179-1 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| JAMES ELMO DUDLEY, JR. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and FIDELITY:

A judgment was entered on March 19, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, James Dudley, whose last known address is XXXXXXXXXXXX, Gastonia, NC 28054, in the sum of $84,773.70. The balance on the account as of August 15, 2011, is $80,473.70.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Fidelity is commanded to **turn over property** in which the defendant, James Elmo Dudley, Jr., has a substantial nonexempt interest, the said property being funds located in Fidelity accounts including, but not limited to, a 401(k) account, Plan ID XXXXXX, BIS ID XXXXXX, in the name of James Elmo Dudley, Jr., at the following address: Fidelity, 100 Crosby Parkway, Covington, KY, 41015-0031, Mail Zone: KC1D, Attention: Court Orders.

Signed: September 6, 2011

_____
David C. Keesler
United States Magistrate Judge