# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3:03 cr 179-01

UNITED STATES OF AMERICA

V.

JAMES ELMO DUDLEY, JR.

FILED
CHARLOTTE, NC

FEB 12 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court.

On March 19, 2008, the "Judgement" of this court [Doc .24] directed that restitution of $84,673.70 be paid to the Lumiere Medical Ministries (LLM).

By letter dated October 16, 2019, Lumiere Medical Ministries notified all donors, volunteers, partners and others that the Board of Directors of the LLM had ceased all operations and the ministry was closed effective October 15, 2019. Further; LLM has requested that any and all future restitution payments in this case should be made payable to the Ranlo Baptist Church in Gastonia, North Carolina.

Defendant Dudley, Jr. owes $64,283.82 in restitution in this case.

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments in this case previously directed to be paid to Lumiere Medical Ministries made payable to the Ranlo Baptist Church located in Gastonia, North Carolina.

**So ORDERED, this 12th day of February 2020. This "Order" is to be served on the Financial Division of this court.**

*Frank G. Johns, Clerk*

*[signature: Frank D. Johns]*